UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| **JULIET HOMES, LP** | § | Chapter 7 Case **07-36424** |
| *Debtor* | § | |
| | § | |
| IN RE: | § | |
| **DOUGLAS A. BROWN** | § | Chapter 7 Case **07-36422** |
| *Debtor* | § | |
| | § | |
| **JOSEPH M. HILL, TRUSTEE and** | § | |
| **W. STEVE SMITH, TRUSTEE** | § | |
| *Plaintiffs* | § | Adversary No. **09-03429** |
| vs. | § | |
| | § | |
| **ALEX ORIA ET AL** | § | |
| *Defendants* | § | |

# ORDER GRANDING DEFENDANT ROBERT SHIRING'S RULE 7012(b)(6) MOTION TO DISMISS TRUSTEES' COMPLAINT
[*Refers to Docket #_____*]

Upon the Motion dated December 18, 2009 (the "Motion") of Robert Shiring to Dismiss Trustees' Amended Complaint as to such Defendant and all responses thereto, it is hereby

ORDERED that the Motion to Dismiss Trustees' Amended Complaint as to Defendant Robert Shiring is granted; it is further

ORDERED that this is a Final Judgment.

*DATED:*

*Reserve Judge Signature*

*Marvin Isgur*
*United States Bankruptcy Judge*

<u>*Entry Requested:*</u>

**Law Offices Of Peter Johnson**
Suite 2820
Eleven Greenway Plaza
Houston, Texas 77046
(713) 961-1200 (telephone)
(713) 961-0941 (facsimile)
pjohnson@pjlaw.com

By: */s/ Peter Johnson*
_____
        Peter Johnson SBT 10778400

**COUNSEL FOR ROBERT SHIRING**