IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JULIET HOMES, LP | § | CASE NO.07-36424-H1-7 |
| | § | (Chapter 7) |
| DEBTOR | § | |
| | § | |
| JULIET GP, LLC | § | CASE NO. 07-36426 |
| | § | |
| DEBTOR | § | (Chapter 7) |
| | § | |
| IN RE; | § | |
| | § | |
| DOUGLAS A. BROWN | § | |
| | § | |
| DEBTOR | § | (Chapter 7) |

| | | |
|---|---|---|
| JOSEPH M. HILL, TRUSTEE | § | |
| AND W, STEVE SMITH, TRUSTEE | § | |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | Adversary No. 09-3429 |
| | § | |
| ALEX ORIA ET AL | § | |
| | § | |
| DEFENDANTS | § | |

**DEMAND OF MUDUGANTI J. REDDY FOR JURY TRIAL**

To the Honorable Judge of said Court:

COMES NOW, MUDUGANTI J. REDDY, named Defendant in the above-referenced adversary matter, and files this his Demand for Jury Trial, in accordance with Federal Rule of Civil Procedure 38, a jury trial on all issues, including, but not limited to, issues related to fraud and fraudulent transfers..

Dated: January 2, 2009

        Respectfully submitted,

        /s/Marilee A. Madan
        Marilee A. Madan
        State Bar No. 12789100
        Fed. I.D. No. 2992
        3109 Avalon Pl.
        Houston, Texas 77019
        Telephone:    713-355-3375
        Facsimile:    713-355-3303
        Email:    mamadan@sbcglobal.net

        Attorney for Defendant

## CERTIFICATE OF SERVICE

Please be advised that the undersigned hereby certifies that a true and correct copy of the foregoing Demand of Muduganti J. Reddy for Jury Trial has been served upon counsel and parties listed below and to other parties requesting notice via the ECF electronic notification system, via electronic mail notification, or first class mail postage prepaid or facsimile this 4th day of January, 2010.

        /s/Marilee A. Madan
        Marilee A. Madan

Joseph M. Hill
Theresa Mobley
Cage, Hill & Niehaus, L.L.P.
5851 San Felipe, Suite 950
Houston, Texas 77057

W. Steve Smith
Blanche D. Smith
McFall, Breitbeil & Shults P.C.
1331 Lamar Street
Houston, Texas 77010