IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JULIET HOMES, LP, | § | CASE NO. 07-36424-H1-7 |
| | § | |
| JULIET GP, LLC, | § | CASE NO. 07-36426-H1-7 |
| | § | |
| DOUGLAS A. BROWN, | § | CASE NO. 07-36422-H1-7 |
| | § | |
| DEBTORS | § | (Chapter 7) |
| | § | |
| JOSEPH M. HILL, TRUSTEE | § | |
| AND W. STEVE SMITH, TRUSTEE, | § | |
| | § | |
| PLAINTIFFS. | § | |
| | § | |
| V. | § | ADVERSARY NOS. 09-03429 |
| | § | 09-03441 |
| ALEX ORIA ET AL., | § | 09-03442 |
| | § | |
| DEFENDANTS. | § | |

**AMENDED WITNESS LIST FOR HEARING ON TRUSTEES' MOTION FOR
LEAVE TO FILE SECOND AMENDED COMPLAINT AND FOR
EXTENSION OF TIME TO SERVE DEFENDANTS
<u>AND ISSUE OF CONSOLIDATION</u>**
(Related to Docket No. 114)

COMES NOW, David Greenberg and Greenberg & Company and file this Amended Witness List for Hearing on Trustees' Motion for Leave to File Second Amended Complaint and for Extension of Time to Serve Defendants and Issue of Consolidation, subject to and without waiving any and all motions to dismiss under Bankruptcy Rules 7009 and 7012 of the Federal Rules of Bankruptcy Procedure or otherwise:

-1-

| Name & Address | Time Estimate for Direct Only | Areas of Testimony |
|---|---|---|
| W. Steve Smith, Trustee (Adv.)<br>McFall, Breitbeil & Shults<br>1250 Four Houston Center<br>1331 Lamar Street<br>Houston, TX 77010-3027<br>(adverse) | 60 minutes | Due Diligence during 2 years, mistakes concerning the defendants' proper identity, standing, same transaction or occurrence, in pari dilecto issue and other elements of the Rule 15 averments and any other issue made the subject of direct examination |
| Joe Hill, Trustee (Adv.)<br>or Theresa Mobley<br>Cage, Hill & Niehaus, L.L.P.<br>5851 San Felipe Street<br>Suite 950<br>Houston, TX 77005<br>(adverse) | 60 minutes | Due Diligence during 2 years, mistakes concerning the defendants' proper identity, standing, same transaction or occurrence, in pari dilecto issue and other elements of the Rule 15 averments and any other issue made the subject of direct examination |
| David Greenberg<br>5959 Richmond, Suite 440<br>Houston, TX 77057 | 45 minutes | Facts regarding some of entities Trustees propose to join as new defendants, prejudice from joinder and new claims, communications with Trustees after involuntary petitions filed, |
| Russ Miller (Subpoena)<br>Miller Grossbard & Associates<br>2204 Louisiana St.<br>Houston, Texas 77002<br>713-622-3960 | 30 minutes | Accounting relationship to Juliet Homes, L.P. and other entities prior to bankruptcy and tax returns, communications with Trustees after bankruptcy, and standing issues. |
| Kathryn Sanders (Subpoena)<br>Miller Grossbard & Associates<br>2204 Louisiana St.<br>Houston, Texas 77002<br>713-622-3960 | 40 minutes | Accounting relationship to Juliet Homes, L.P. and other entities prior to bankruptcy and tax returns, communications with Trustees after bankruptcy, Debtors' records and standing issues. |
| Any and parties called by one of the Plaintiffs or any Defendant, including any rebuttal witnesses | | |

Dated: June 16, 2010.

                        Respectfully submitted,

By:   /s/ *Susan J. Brandt*
       Ronald J. Sommers
       Attorney-in-Charge
       Texas State Bar No. 18842500
       Susan J. Brandt
       Texas State Bar No. 02883200
       2800 Post Oak Blvd., 61st Floor
       Houston, Texas 77056
       Telephone:  713-960-0303
       Facsimile:  713-892-4800

ATTORNEYS FOR DAVID GREENBERG AND GREENBERG & CO.

OF COUNSEL:
NATHAN SOMMERS JACOBS,
A Professional Corporation
2800 Post Oak Blvd., 61st Floor
Houston, TEXAS 77056
Telephone:  713-960-0303
Facsimile:  713-892-4800

## CERTIFICATE OF SERVICE

     This is to certify that a true copy of the foregoing Amended Witness List for Hearing on Trustees' Motion for Leave to File Second Amended Complaint and for Extension of Time to Serve Defendants and Issue of Consolidation has been served by electronic submission (ECF) to those parties in the Court's system on this 16th day of June, 2010.

                        /s/ *Susan J. Brandt*
                        Susan J. Brandt