IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DOUGLAS A. BROWN | § | CASE NO. 07-36422-H1-7 |
| JULIET HOMES, L.P. | § | CASE NO. 07-36424-HI-7 |
| JULIET GP, L.L.C. | § | CASE NO. 07-36426-HI-7 |
| | § | |
| Debtors | § | |
| | § | |
| JOSEPH M. HILL, TRUSTEE and | § | |
| W. STEVE SMITH, TRUSTEE, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | ADVERSARY NO. 09-03429 |
| | § | |
| ALEX ORIA, ET AL., | § | |
| | § | |
| Defendants | § | |

**TRUSTEES' SUPPLEMENTAL WITNESS AND EXHIBIT LIST**

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: 07-36422; 07-36424 & 07-36426 | Name of Debtor: Douglas A. Brown; Juliet Homes, L.P. & Juliet GP, L.L.C. |
| Adversary No: 09-03429 | Style of Adversary: Same as above |
| | |
| Witnesses: | Judge: Honorable Marvin Isgur |
| Theresa Mobley | Courtroom Deputy: |
| Steve Smith | Hearing Date: June 30, 2010 |
| | Hearing Time: 9:00 a.m. |
| | Party's Name: Joseph M. Hill, Trustee & W. Steve Smith, Trustee |
| | Attorney's Name: Jeremy R. Stone |
| | Attorney's Phone: 713-655-1200 |
| | Nature of Proceeding: Trustees' Motion for Leave to File Second Amended Complaint and for Extension of Time to Serve Defendants |

HOULITIGATION:1009340.1

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1-A | 1500 Interest Ltd. Certified Secretary of State Documents | | | | |
| 1-B | TMOC check #004818 | | | | |
| 1-C | TMOC check #004875 | | | | |
| 1-D | TMOC check #004912 | | | | |
| 1-E | TMOC check #004954 | | | | |
| 1-F | TMOC check #005002 | | | | |
| 1-G | TMOC check #005038 | | | | |
| 2-A | 324 Tropicana Interest, LP Certified Secretary of State Documents | | | | |
| 3-A | 421 Fannin GP, LLC Certified Articles of Organization | | | | |
| 4-A | 421 Fannin Interests, Ltd. Certified Secretary of State Documents | | | | |
| 4-B | TMOC check #005028 | | | | |
| 5-A | 5020 Interests, Ltd. Certified Secretary of State Documents | | | | |
| 6-A | 5803 Richmond Ltd. Certified Secretary of State Documents | | | | |
| 6-B | Promissory Note dated 8/10/06 | | | | |
| 7-A | Skyline 6019 Interest Ltd. Certified Secretary of State Documents | | | | |
| 7-B | Juliet Homes check #s 10884, 10885, 10886, 10892, & 10893 | | | | |
| 8-A | Skyline 6019 Interest Ltd. Certified Secretary of State Documents | | | | |
| 8-B | Juliet Homes check #s 10884, 10885, 10886, 10892, & 10893 | | | | |
| 9-A | 6300 Interests Ltd Certified Secretary of State Documents | | | | |
| 9-B | Real property search | | | | |
| 10-A | 6300 Investments, Inc. Certified Secretary of State Documents | | | | |
| 10-B | Real property search | | | | |
| 11-A | 6353 Interest, Ltd. Certified Secretary of State Documents | | | | |
| 11-B | Real property search | | | | |
| 12-A | 6353 Richmond, Phase II, Ltd Certified Secretary of State Documents | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13-A | 6353 Richmond, Phase III, Ltd. Certified Secretary of State Documents | | | | | |
| 13-B | Real Estate Trust Agreement | | | | | |
| 14-A | 6409 Interest Ltd Certified Secretary of State Documents | | | | | |
| 14-B | TMOC check #004876 | | | | | |
| 14-C | TMOC check #004913 | | | | | |
| 14-D | TMOC check #004955 | | | | | |
| 14-E | TMOC check #005003 | | | | | |
| 14-F | TMOC check #005039 | | | | | |
| 14-G | TMOC check #005083 | | | | | |
| 14-H | TMOC check #005113 | | | | | |
| 14-I | TMOC check #005166 | | | | | |
| 14-J | TMOC check #005188 | | | | | |
| 15-A | 6906 Broadway Interest, Ltd. Certified Secretary of State Documents | | | | | |
| 15-B | TMOC check #005247 | | | | | |
| 15-C | TMOC check #005247 | | | | | |
| 16-A | 9000 Interests Ltd. Certified Secretary of State Documents | | | | | |
| 17-A | 9745 Interests Ltd. Certified Secretary of State Documents | | | | | |
| 18-A | Alabama/Main Management, L.L.C. Certified Secretary of State Documents | | | | | |
| 19-A | Alabama/Main Partners, L.P. Certified Secretary of State Documents | | | | | |
| 19-B | TMOC check# 004750 | | | | | |
| 20-A | Almeda Interests Ltd. Certified Secretary of State Documents | | | | | |
| 21-A | Autodynamic, Inc. Certified Secretary of State Documents | | | | | |
| 21-B | Reconciliation Detail/ 1110- Bank of American, Period Ending 03/31/06 | | | | | |
| 21-C | Reconciliation Detail/ 1110- Bank of American, Period Ending 05/31/06 | | | | | |
| 22-A | The Market at Congress and Doug Brown Partnerships | | | | | |
| 23-A | TMOC check# 005036 | | | | | |
| 23-B | TMOC check# 005088 | | | | | |
| 23-C | Buyout Agreement for Juliet-Briar Hollow Joint Venture | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 24-A | Ben Michael Medical Condominiums, LP Certified Secretary of State Documents | | | | |
| 25-A | Bentley Capital, L.P. Certified Secretary of State Documents | | | | |
| 25-B | Transaction Detail by Account- January through December 2006 | | | | |
| 26-A | Brown/Kane, LLC Certified Secretary of State Documents | | | | |
| 27-A | TMOC check #5437 | | | | |
| 28-A | Cantu Investments, Inc. Certified Secretary of State Documents | | | | |
| 28-B | TMOC check #004879 | | | | |
| 28-C | TMOC check #004947 | | | | |
| 29-A | D. Vidal, L.L.C. Certified Secretary of State Documents | | | | |
| 30-A | D/D Interest, Inc. Certified Secretary of State Documents | | | | |
| 31-A | DB Interest, Inc. entity details- Secretary of State, Nevada | | | | |
| 32-A | DG Interest, Inc. Certified Secretary of State Documents | | | | |
| 33-A | DG Realty, LLC Certified Secretary of State Documents | | | | |
| 34-A | DG/DW Interests Ltd. Certified Secretary of State Documents | | | | |
| 34-B | DG/DW Interests, Ltd Purchaser's Statement | | | | |
| 34-C | Seller's Statement | | | | |
| 34-D | Real property search | | | | |
| 35-A | Faith Brown Interest GP, LLC Certified Secretary of State Documents | | | | |
| 36-A | Greenberg Interest, Inc. Certified Secretary of State Documents | | | | |
| 37-A | HHT-FCP Limited 2 Certified Secretary of State Documents | | | | |
| 38-A | HHT-FCP Limited 3 Certified Secretary of State Documents | | | | |
| 39-A | Horizon Management, Inc. Certified Secretary of State Documents | | | | |
| 39-B | TMOC check #004974 | | | | |
| 39-C | TMOC check #055115 | | | | |
| 39-D | Reconciliation Detail 1110- Bank of America, Period Ending 7/31/06 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 40-A | 306 West 6th Street Community Association, Inc. Secretary of State Documents | | | | |
| 40-B | TMOC check #004873 | | | | |
| 40-C | TMOC check #004910 | | | | |
| 40-D | TMOC check #004956 | | | | |
| 41-A | Janvin Co. Secretary of State Documents | | | | |
| 41-C | Reconciliation Detail 1110- Bank of America, Period Ending 6/30/06 | | | | |
| 42-A | TMOC check #005215 | | | | |
| 42-B | TMOC check #005235 | | | | |
| 42-C | TMOC check #5259 | | | | |
| 42-D | TMOC check #5268 | | | | |
| 42-E | TMOC check #5284 | | | | |
| 42-F | TMOC check #5309 | | | | |
| 42-G | TMOC check #5365 | | | | |
| 42-H | TMOC check #5369 | | | | |
| 42-I | TMOC check #5373 | | | | |
| 42-J | TMOC check #5378 | | | | |
| 42-K | TMOC check #5383 | | | | |
| 42-L | TMOC check #5396 | | | | |
| 42-M | TMOC check #005034 | | | | |
| 42-N | TMOC check #005062 | | | | |
| 42-O | TMOC check #005080 | | | | |
| 42-P | TMOC check #005093 | | | | |
| 42-Q | TMOC check #005111 | | | | |
| 42-R | TMOC check #005118 | | | | |
| 42-S | TMOC check #005134 | | | | |
| 42-T | TMOC check #005148 | | | | |
| 42-U | TMOC check #005157 | | | | |
| 42-V | TMOC check #005174 | | | | |
| 42-W | TMOC check #005183 | | | | |
| 42-X | TMOC check #005209 | | | | |
| 42-Y | TMOC check #005212 | | | | |
| 43-A | Hudson Plaza, LLC Secretary of State Documents | | | | |
| 43-B | TMOC check #5287 | | | | |
| 44-A | Juliet-Ballpark VI GP, LLC Secretary of State Documents | | | | |
| 45-A | Juliet-Briarhollow, LP Secretary of State Documents | | | | |
| 46-A | Juliet-Dominion Court, LP Secretary of State Documents | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 47-A | Juliet-Midtown Village, LP Secretary of State Documents | | | | |
| 48-A | Juliet-Odom, LP Secretary of State Documents | | | | |
| 49-A | Juliet-Pirtle, LP Secretary of State Documents | | | | |
| 50-A | Juliet-Reddy, LP Secretary of State Documents | | | | |
| 51-A | Juliet-Reed Road, LP Secretary of State Documents | | | | |
| 52-A | Juliet-Silverwood, LP Secretary of State Documents | | | | |
| 53-A | Juliet-SMB, LP Secretary of State Documents | | | | |
| 54-A | Juliet Atascocita I, L.P. Secretary of State Documents | | | | |
| 55-A | Juliet-Ballpark VI, LP Secretary of State Documents | | | | |
| 56-A | Juliet Development GP, LLC Secretary of State Documents | | | | |
| 57-A | Juliet Development Ltd. Secretary of State Documents | | | | |
| 58-A | Juliet East Texas Development, LP Secretary of State Documents | | | | |
| 59-A | Juliet Homes, LP Partnerships | | | | |
| 60-A | Juliet Homes-Ballpark III, LLC Secretary of State Documents | | | | |
| 61-A | Juliet Homes-Washington Square North, LLC Secretary of State Documents | | | | |
| 62-A | Partnership – J85008 | | | | |
| 63-A | Juliet Homes-Greenbusch Road, LLC Secretary of State Documents | | | | |
| 64-A | Juliet Land Purchasing Juliet GP, LP Secretary of State Documents | | | | |
| 65-A | Juliet Mortgage Partners, LP Secretary of State Documents | | | | |
| 66-A | Juliet-Nguyen, LP Secretary of State Documents | | | | |
| 67-A | Juliet Purchasing Services, LP Secretary of State Documents | | | | |
| 67-B | Reconciliation Detail 1110- Bank of American, Period Ending 10/31/06 | | | | |
| 67-C | Reconciliation Detail 1110- Bank of American, Period Ending 09/30/06 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 67-D | Reconciliation Detail 1110- Bank of American, Period Ending 06/30/06 | | | | |
| 67-E | Reconciliation Detail 1110- Bank of American, Period Ending 07/31/06 | | | | |
| 67-F | Reconciliation Detail 1110- Bank of American, Period Ending 05/31/06 | | | | |
| 67-G | Check Register dated 08/23/07 | | | | |
| 68-A | Juliet Signature Series, LP Secretary of State Documents | | | | |
| 69-A | Juliet-Westcott II, LP Secretary of State Documents | | | | |
| 70-A | Juliet Purchasing Services, LP Investor Payments Ledger | | | | |
| 70-B | Juliet Purchasing Services, LP Check #402 | | | | |
| 70-C | Juliet Purchasing Services, LP Check #615 | | | | |
| 71-A | Labyrinth Development, Inc. Secretary of State Documents | | | | |
| 72-A | LADF Holdings, LLC Secretary of State Documents | | | | |
| 73-A | LandCom Acquisition and Development Fund, L.P. Secretary of State Documents | | | | |
| 74-A | LDI 306 West 6th Street, LP Secretary of State Documents | | | | |
| 75-A | Lexi-Co Distribution, Inc. Secretary of State Documents | | | | |
| 75-B | TMOC check #004663 | | | | |
| 76-A | Main Hospital Development, LP Secretary of State Documents | | | | |
| 77-A | Main Hospital, GP, LLC Secretary of State Documents | | | | |
| 78-A | Marquis Capital Westcott II LLC Secretary of State Documents | | | | |
| 78-B | Bank Reconciliation dated 06/12/07 | | | | |
| 78-C | Journal Transaction Record 06/27/07 | | | | |
| 79-A | Marquis Capital II, LLC Secretary of State Documents | | | | |
| 80-A | M.L. Kerns & Associates, LLC Secretary of State Documents | | | | |
| 80-B | Sale and Purchase Agreement | | | | |
| 81-A | Materials Financial Specialists, LP Secretary of State Documents | | | | |
| 82-A | Mattsam Ventures, L.P. Secretary of State Documents | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 83-A | K B S Insurance Group, LLC Secretary of State Documents | | | | |
| 84-A | Midtown BLK Ltd. Secretary of State Documents | | | | |
| 84-B | TMOC check #004874 | | | | |
| 84-C | TMOC check #004911 | | | | |
| 84-D | TMOC check #004953 | | | | |
| 84-E | TMOC check #005004 | | | | |
| 84-F | TMOC check #005041 | | | | |
| 85-A | Midtown Medical GP, LLC Secretary of State Documents | | | | |
| 86-A | Museum Medical Center, LLC Secretary of State Documents | | | | |
| 87-A | TMOC check #004327 | | | | |
| 87-B | TMOC check #004445 | | | | |
| 87-C | TMOC check #004604 | | | | |
| 87-D | TMOC check #004666 | | | | |
| 87-E | TMOC check #004737 | | | | |
| 88-A | Cantu Investments, Inc. Certified Secretary of State Documents | | | | |
| 88-B | TMOC check #004879 | | | | |
| 88-C | TMOC check #004947 | | | | |
| 89-A | Pinnacle Title GP, Inc. Secretary of State Documents | | | | |
| 89-B | Reconciliation Detail 1110- Bank of American, Period Ending 03/31/06 | | | | |
| 89-C | Reconciliation Detail 1110- Bank of American, Period Ending 04/30/06 | | | | |
| 89-D | Reconciliation Detail 1110- Bank of American, Period Ending 05/31/06 | | | | |
| 89-E | Reconciliation Detail 1110- Bank of American, Period Ending 06/30/06 | | | | |
| 89-F | Reconciliation Detail 1110- Bank of American, Period Ending 07/31/06 | | | | |
| 89-G | Reconciliation Detail 1110- Bank of American, Period Ending 10/31/06 | | | | |
| 90-A | Pinnacle Title Company, LLC Secretary of State Documents | | | | |
| 90-B | Reconciliation Detail 1110- Bank of American, Period Ending 03/31/06 | | | | |
| 90-C | Reconciliation Detail 1110- Bank of American, Period Ending 04/30/06 | | | | |
| 90-D | Reconciliation Detail 1110- Bank of American, Period Ending 05/31/06 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 90-E | Reconciliation Detail 1110- Bank of American, Period Ending 06/30/06 | | | | |
| 90-F | Reconciliation Detail 1110- Bank of American, Period Ending 07/31/06 | | | | |
| 90-G | Reconciliation Detail 1110- Bank of American, Period Ending 10/31/06 | | | | |
| 91-A | Pinnacle Title Management, Inc. Secretary of State Documents | | | | |
| 91-B | Reconciliation Detail 1110- Bank of American, Period Ending 03/31/06 | | | | |
| 91-C | Reconciliation Detail 1110- Bank of American, Period Ending 04/30/06 | | | | |
| 91-D | Reconciliation Detail 1110- Bank of American, Period Ending 05/31/06 | | | | |
| 91-E | Reconciliation Detail 1110- Bank of American, Period Ending 06/30/06 | | | | |
| 91-F | Reconciliation Detail 1110- Bank of American, Period Ending 07/31/06 | | | | |
| 91-G | Reconciliation Detail 1110- Bank of American, Period Ending 10/31/06 | | | | |
| 92-A | Pirtle Investments, LP Secretary of State Documents | | | | |
| 92-B | Reconciliation Detail 1110- Bank of American, Period Ending 04/30/06 | | | | |
| 92-C | Reconciliation Detail 1110- Bank of American, Period Ending 05/31/06 | | | | |
| 92-D | Reconciliation Detail 1110- Bank of American, Period Ending 06/30/06 | | | | |
| 93-A | Pirtle Land & Cattle, L.L.C. Secretary of State Documents | | | | |
| 94-A | Quality Infusion Care, Inc. Secretary of State Documents | | | | |
| 94-B | TMOC check #005165 | | | | |
| 94-C | TMOC check #004890 | | | | |
| 94-D | TMOC check #004916 | | | | |
| 94-E | TMOC check #004948 | | | | |
| 94-F | TMOC check #005000 | | | | |
| 94-G | TMOC check #005037 | | | | |
| 94-H | TMOC check #005082 | | | | |
| 94-I | TMOC check #005114 | | | | |
| 94-J | TMOC check #005165 | | | | |
| 95-A | Radford Properties, Inc. Secretary of State Documents | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 95-B | Reconciliation Detail 1110- Bank of American, Period Ending 02/28/06 | | | | |
| 95-C | Reconciliation Detail 1110- Bank of American, Period Ending 03/31/06 | | | | |
| 95-D | Transaction Detail by Account- January through December 2006 | | | | |
| 95-E | Check Register dated 08/23/07 | | | | |
| 96-A | Reddy Interest, LLC Secretary of State Documents | | | | |
| 97-A | Rescon Builders, LP Secretary of State Documents | | | | |
| 97-B | General Warranty Deed with Vendor's Lien in Favor of Third Party | | | | |
| 98-A | Rescon Group, LLC Secretary of State Documents | | | | |
| 98-B | Reconciliation Detail 1110- Bank of American, Period Ending 02/28/06 | | | | |
| 98-C | Reconciliation Detail 1110- Bank of American, Period Ending 03/31/06 | | | | |
| 98-D | Reconciliation Detail 1110- Bank of American, Period Ending 04/30/06 | | | | |
| 98-E | Reconciliation Detail 1110- Bank of American, Period Ending 05/31/06 | | | | |
| 99-A | Juliet Homes, LP General Ledger | | | | |
| 99-B | Juliet Homes, LP Payable Journal | | | | |
| 100-A | Juliet Purchasing Services, LP Record #403 | | | | |
| 100-B | Juliet Purchasing Services, LP Record #616 | | | | |
| 100-C | Juliet Purchasing Services, LP Investor Payments Ledger | | | | |
| 101-A | Sanders Opportunity Fund (Institutional), L.P. Secretary of State Documents | | | | |
| 101-B | Juliet Purchasing Services, LP Record #400 | | | | |
| 101-C | Juliet Purchasing Services, LP Record #614 | | | | |
| 101-D | Juliet Purchasing Services, LP transaction sheet | | | | |
| 102-A | Sanders Opportunity Fund, L.P. Secretary of State Documents | | | | |
| 102-B | Juliet Purchasing Services, LP Record #401 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 102-C | Juliet Purchasing Services, LP Record #613 | | | | |
| 102-D | Juliet Purchasing Services, LP transaction sheet | | | | |
| 103-A | Bank Reconciliation dated 09/10/06 | | | | |
| 104-A | Silverwood Ranch Partners, LP Secretary of State Documents | | | | |
| 105-A | The Market On Congress, Inc. Secretary of State Documents | | | | |
| 105-B | Reconciliation Detail 1110- Bank of American, Period Ending 02/28/06 | | | | |
| 105-C | Reconciliation Detail 1110- Bank of American, Period Ending 03/31/06 | | | | |
| 105-D | Reconciliation Detail 1110- Bank of American, Period Ending 04/30/06 | | | | |
| 105-E | Reconciliation Detail 1110- Bank of American, Period Ending 05/31/06 | | | | |
| 105-F | Reconciliation Detail 1110- Bank of American, Period Ending 06/30/06 | | | | |
| 105-G | Reconciliation Detail 1110- Bank of American, Period Ending 07/31/06 | | | | |
| 105-H | Reconciliation Detail 1110- Bank of American, Period Ending 08/31/06 | | | | |
| 105-I | Reconciliation Detail 1110- Bank of American, Period Ending 09/30/06 | | | | |
| 105-J | Reconciliation Detail 1110- Bank of American, Period Ending 10/31/06 | | | | |
| 105-K | Check Register dated 08/23/07 | | | | |
| 106-A | The Vidal Group, L.L.P. Secretary of State Documents | | | | |
| 107-A | TMOC check #004352 | | | | |
| 108-A | FTR Mortgage Partners, LP Secretary of State Documents | | | | |
| 108-B | TMOC check #004868 | | | | |
| 109-A | TMAHC, Inc. Secretary of State Documents | | | | |
| 110-A | TMCM Real Properties, LLC Secretary of State Documents | | | | |
| 110-B | TMOC check #004664 | | | | |
| 111-A | Town Creek Companies, LLC Secretary of State Documents | | | | |
| 111-B | Check #s 1020, 1111, 3984, 4029, 4130, 4132, 4133, 4231, 4232, 4233, 4235, 4236, 4239, 4240, 4267, 4286, 4289 & 4294 to Town Creek Companies, LLC | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 111-C | Non-Disclosure and Non-Circumvention Agreement | | | | |
| 112-A | Trailmobile Land Company Secretary of State Documents | | | | |
| 112-B | Bank Reconciliation dated 06/12/07 | | | | |
| 112-C | Check Register dated 08/23/07 | | | | |
| 112-D | Journal Transaction Record dated 06/27/07 | | | | |
| 112-E | Bank Reconciliation dated 11/06/06 | | | | |
| 112-F | Promissory Note dated 09/05/06 | | | | |
| 113-A | Tuscany Woods Interests, LP Secretary of State Documents | | | | |
| 113-B | Agreement of Limited Partnership of Tuscany Woods Partners, Ltd. | | | | |
| 114-A | Varma Investments, Ltd. Secretary of State Documents | | | | |
| 115-A | Washington Square Investors, LLC Secretary of State Documents | | | | |
| 116-A | William Marsh Resco, I, LP Secretary of State Documents | | | | |
| 116-B | Bank Reconciliation dated 06/12/07 | | | | |
| 116-C | Journal Transaction Record 06/27/07 | | | | |
| 117-A | Juliet Homes, LP Schedule of Partnerships as of 10/23/06 | | | | |
| 118-A | Greenberg & Associates, Inc. Secretary of State Documents | | | | |
| 119-A | Bank of American Subpoena | | | | |
| 120-A | Bank of American Subpoena | | | | |
| 121-A | Letter dated 08/04/09 to Blanche D. Smith | | | | |
| 122-A | Fax dated 09/22/09 from Brian Kilpatrick to Bank of America re: Ref #L063009000784 | | | | |
| 123-A | Letter dated 11/19/09 to Blanche D. Smith | | | | |
| 124-A | Trustees' Original Complaint | | | | |
| 125-A | Trustees' Amended Complaint | | | | |
| 126-A | Trustees' Proposed Second Amended Complaint & Exhibits | | | | |
| 127-A | In re Juliet Homes, LP Bankruptcy Schedules | | | | |
| 128-A | In re Juliet Homes, LP Statement of Financial Affairs | | | | |
| 129-A | In re Juliet GP, LLC Bankruptcy Schedules | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 130-A | In re Juliet GP, LLC Statement of Financial Affairs | | | | |
| 131-A | In re Brown, Douglas A. Bankruptcy Schedules | | | | |
| 132-A | In re Brown, Douglas A. Statement of Financial Affairs | | | | |
| 133-A | Letter to Bank of America from Blanch D. Smith dated 06/25/09 re TMOC subpoena | | | | |

NOTE: Trustees reserve the right to amend or supplement this witness and exhibit list.  Trustees additionally reserve the right to use exhibits and call witnesses identified by other parties.