IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:
JULIET HOMES, LP
JULIET GP, LLC
DOUGLAS A. BROWN,

Case No. 07-36422-H1-7
Case No. 07-36424-H1-7
Case No. 07-36426-H1-7

Debtors

JOSEPH M. HILL, TRUSTEE
AND W. STEVE SMITH, TRUSTEE,

PLAINTIFFS

v.

ALEX ORIA ET AL,

DEFENDANTS

Adversary No.

09-03429
09-03441
09-03442

**DEFENDANT JULIAN FERTITTA'S WITNESS AND EXHIBIT LIST**

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: 07-36422; 07-36424 & 07-36426 | Name of Debtor: Douglas A. Brown; Juliet Homes, L.P. & Juliet GP L.L.C. |
| Adversary No: 09-03429 | Style of Adversary: Same as above |
|  | Judge: Honorable Marvin Isgur |
| Witnesses: | Courtroom Deputy: |
| Bennett Fisher (fact witness) | Hearing Date: June 24, 2013 |
| Jeremy Stone (fact witness) | Hearing Time: 1:30 p.m. |
|  | Party's Name: Julian Fertitta |
|  | Attorney's Name: Bennett Fisher |
|  | Attorney's Phone: 713-223-8400 |
|  | Nature of Proceeding: Defendant Fertitta's Motion for Leave to Designate Defendants' David Greenberg and Greenberg & Co.'s Rebuttal Expert Witness (Doc. # 433) |

G:\FERTITTA, JULIAN\Juliet Homes\JF's Witness and Exhibit List 6.20.13b.wpd

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Defendant Julian Fertitta's Emergency Motion for Leave to File a Notice to Designate Defendants' David Greenberg and Greenberg & Co.'s Rebuttal Expert Witness (Doc. # 433*) | | | | |
| 2. | Trustees' Response to Defendant Julian Fertitta's Motion for Leave to File a Notice to Designate Defendants' David Greenberg's and Greenberg & Co.'s Rebuttal Expert Witness (Doc. # 445) | | | | |
| 3. | Defendant Julian Fertitta's Reply to Trustees' Response (Doc. # 452) | | | | |
| 4. | Defendant's David Greenberg and Greenberg & Co.'s Rebuttal Expert Witness Report | | | | |
| 5. | Bennett G. Fisher's Calender Entries | | | | |
| 6. | Scheduling Order (Doc. # 325) | | | | |

*All docket references are to 09-3429, unless otherwise noted.

NOTE: Defendant reserves the right to amend or supplement this witness and exhibit list. Defendant additionally reserves the right to use exhibits and witnesses identified by other parties.

Dated: June 20, 2013        /s/ Bennett G. Fisher
　　　　　　　　　　　　　　　Bennett G. Fisher
　　　　　　　　　　　　　　　Fisher & Associates
　　　　　　　　　　　　　　　1800 Two Houston Center
　　　　　　　　　　　　　　　909 Fannin Street
　　　　　　　　　　　　　　　Houston, Texas 77010
　　　　　　　　　　　　　　　Tel (713) 223-8400
　　　　　　　　　　　　　　　Fax (713) 609-7766

G:\FERTITTA, JULIAN\Juliet Homes\JF's Witness and Exhibit List 6.20.13b.wpd

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Defendant Julian Fertitta's Witness and Exhibit List was served on the parties on the attached service list according to the service method listed on June 20, 2013.

      /s/ Bennett G. Fisher
Bennett G. Fisher
TBA# 07049125
Fisher & Associates
1800 Two Houston Center
909 Fannin Street
Houston, Texas 77010
Tel (713) 223-8400
Fax (713) 609-7766
*Attorneys for Defendant Julian Fertitta*