IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| JULIET HOMES, LP § | Case No. 07-36424-H1-7 | |
| JULIET GP, LLC § | Case No. 07-36426-H1-7 | |
| DOUGLAS A. BROWN § | | |
| § | | |
| DEBTORS § | | |
| § | | |

| | | |
|---|---|---|
| JOSEPH M. HILL, TRUSTEE AND § | | |
| W. STEVE SMITH, TRUSTEE § | | |
| Plaintiffs § | Consolidated Under | |
| v. § | Adversary No. 09-03429 | |
| § | | |
| ALEX ORIA, et al. § | | |
| § | | |
| Defendants § | | |

## DEFENDANT'S EXHIBIT AND MAY CALL WITNESS LIST

## EXHIBIT LIST

Defendant Binh Ho ("Ho") designates the following exhibits that may be used in connection with the above-referenced matters in addition to any exhibit that may be introduced for purposes of rebuttal or impeachment:

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| 1. | Order Granting Default Judgment as to Binh Ho [Doc. 502] | | | | |
| 2. | Defendant Binh Ho's Motion to Vacate Default Judgment, including exhibits [Doc. 509] | | | | |
| 3. | Defendant Binh Ho's Reply to Trustees' Response to Motion to Vacate Default Judgment, including exhibits [Doc. 517] | | | | |
| | | | | | |

## MAY CALL WITNESS LIST

1. Binh Ho;
2. Any other party in the captioned case present at the hearing;
3. Any witness called by any other party; and
4. Any witnesses necessary for rebuttal or impeachment.

DATED:    March 25, 2014

                                                 Respectfully submitted,

                                                 CHRISTIAN, SMITH & JEWELL, LLP

By:    *//s//  Kristin N. Rhame*
        STEPHEN H. CAGLE, JR.
        Texas Bar No: 18685540
        scagle@csj-law.com
        KRISTIN N. RHAME
        Texas Bar No: 24060794
        krhame@csj-law.com
        2302 Fannin, Ste. 500
        Houston, Texas 77002
        Telephone: (713) 659-7617
        Facsimile: (713) 659-7641

ATTORNEYS FOR DEFENDANT
BINH HO

### CERTIFICATE OF SERVICE

    I hereby certify that on this 25th day of March, 2014, I sent a true and correct copy of the above and foregoing was served via electronic means on those persons who receive electronic notification from the Court.

                                                     */s/ Kristin Rhame*
                                                  Kristin Rhame