

ENTERED
03/07/2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| **JULIET HOMES, LP** § | **CASE NO: 07-36424** |
| Debtor(s) § | |
| § | **CHAPTER 7** |
| § | |
| **JOSEPH M HILL,** *et al* § | |
| Plaintiff(s) § | |
| § | |
| VS. § | **ADVERSARY NO. 09-3429** |
| § | |
| **ALEX ORIA,** *et al* § | |
| Defendant(s) § | |

### ORDER SETTING STATUS CONFERENCE

A Status Conference will be conducted at **3:00 p.m. on March 16, 2016,** in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas. The plaintiff shall immediately serve a copy of this notice on all parties entitled to notice of the hearing and file a certificate of service with the Court.

SIGNED **March 7, 2016.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE