IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| **JULIET HOMES, LP,** | § | **Case No. 07-36424** |
| **Debtor(s)** | § | **Chapter 7** |
| | § | |

| | | |
|---|---|---|
| **JOSEPH M. HILL**, *et al* | § | |
| | § | **Adversary No. 09-03429** |
| **Plaintiff(s** | § | |
| v. | § | |
| **ALEX ORIA** *et al* | § | |
| | § | |
| **Defendant(s)** | § | |

## AMENDED CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Trustees' Emergency Motion to Compel Discovery Responses was served via email on May 24, 2016 as follows:

George Edwards Murtaza
Sutarwalla Edwards
Sutarwalla PLLC
2555 N. MacGregor Way, Suite 100
Houston, Texas 77004
murtaza@eslawpartners.com
george@eslawpartners.com

        Respectfully submitted,

*/s/ Jeremy R. Stone*
Jeremy R. Stone
State Bar No. 24013577
S.D. Texas I.D. No. 27060
jeremystone@mehaffyweber.com
500 Dallas, Suite 1200
Houston, Texas 77002
Phone: (713) 655-1200
Fax: (713) 655-0222
ATTORNEYS FOR JOSEPH M. HILL, TRUSTEE and JANET S. NORTHRUP, TRUSTEE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Amended Certificate of Service was served on May 24, 2016 as follows:

*Via E-mail*
George Edwards Murtaza
Sutarwalla Edwards
Sutarwalla PLLC
2555 N. MacGregor Way, Suite 100
Houston, Texas 77004
murtaza@eslawpartners.com
george@eslawpartners.com

        */s/ Jeremy R. Stone*
        Jeremy R. Stone

HOULITIGATION:1455960.3