# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JULIET HOMES, LP, | § | Case No. 07-36424 |
| Debtor(s) | § | Chapter 7 |
| | § | |

_____

| | | |
|---|---|---|
| JOSEPH M. HILL, *et al* | § | |
| | § | Adversary No. 09-03429 |
| Plaintiff(s | § | |
| v. | § | |
| ALEX ORIA *et al* | § | |
| | § | |
| Defendant(s) | § | |

## NOTICE OF HEARING

A hearing will be held on Trustees' Emergency Motion to Compel Discovery Responses on June 1, 2016 at 11:00 a.m. at 515 Rusk, 4th Floor, Courtroom 404, Houston, Texas 77002.

          Respectfully submitted,

          */s/ Jeremy R. Stone*
          Jeremy R. Stone
          State Bar No. 24013577
          S.D. Texas I.D. No. 27060
          jeremystone@mehaffyweber.com
          500 Dallas, Suite 1200
          Houston, Texas 77002
          Phone: (713) 655-1200
          Fax: (713) 655-0222
          ATTORNEYS FOR JOSEPH M. HILL, TRUSTEE and JANET S. NORTHRUP, TRUSTEE

HOULITIGATION:1456004.1

2

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of this document was served on May 25, 2016 as follows:

***Via E-mail***
George Edwards
Murtaza Sutarwalla
Edwards Sutarwalla PLLC
2555 N. MacGregor Way, Suite 100
Houston, Texas 77004
murtaza@eslawpartners.com
george@eslawpartners.com

                                      */s/ Jeremy R. Stone*
                                      Jeremy R. Stone